UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-26-11

------------------------------------X

AXA Insurance Company                    Plaintiff(s)

11 CIV. 510

-vs-

Notice of a Pretrial Conference

Estes Express Lines                      Defendant(s)

------------------------------------X

Counsel are directed to appear in Courtroom 20-C on April 15, 2011 at 11:30 am, for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED:   NEW YORK, NEW YORK
         1-26-11

                                         JOHN F. KEENAN
                                         U.S.D.J.