USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
AXA INSURANCE COMPANY a/s/o   :
DANFOSS INC.,                 :
                              :
            Plaintiff,        :
                              :    ORDER
     -against-                :    11 Civ. 510 (JFK)
                              :
ESTES EXPRESS LINES, INC.,    :
                              :
            Defendant.        :
------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by _____.

Any amendment of the pleadings by _____.

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by _September 30, 2011_.

Next conference will be held on _October 13, 10:30 am_.

Discovery supervision will be referred to Magistrate Judge _Fox_.

**SO ORDERED.**

Dated:  New York, New York
        April 15, 2011

                                       _John F. Keenan_
                                       JOHN F. KEENAN
                                       United States District Judge